| | | | |
|---|---|---|---|
| Com. v. Lovelace [19] | 02/23/2016559 EAL (2015) | Denied | Pa.Super., 131 A.3d 105 |
| Com. v. Lovelace [20] | 02/25/2016611 MAL (2015) | Denied | Pa.Super., 125 A.3d 449 |
| Com. v. McDonald [21] | 02/29/2016511 EAL (2015) | Denied | Pa.Super., 125 A.3d 466 |
| Com. v. McLaughlin [22] ............ | 02/29/2016332 WAL (2015) | Denied | Pa.Super., 131 A.3d 87 |
| Com. v. Miller [23] .... | 02/25/2016603 MAL (2015) | Denied | Pa.Super., 125 A.3d 463 |
| Com. v. Montanez [24] | 02/22/2016677 EAL (2015) | Denied | Pa.Super., 133 A.3d 76 |
| Com. v. Montero [25] | 03/01/2016474 EAL (2015) | Denied | Pa.Super., 125 A.3d 440 |
| Com. v. Montero [26] | 03/01/2016472 EAL (2015) | Denied | Pa.Super., 125 A.3d 439 |
| Com. v. Morris [27] ... | 02/25/2016559 MAL (2015) | Denied | Pa.Super., 122 A.3d 1118 |
| Com. v. Pimentel-Caban [28] ........ | 02/29/2016571 MAL (2015) | Denied | Pa.Super., 125 A.3d 445 |

19. Justice EAKIN did not participate in the consideration or decision of this matter.

20. Justice EAKIN did not participate in the decision of this matter.

21. Justice EAKIN did not participate in the decision of this matter.

22. Justice EAKIN did not participate in the decision of this matter.

23. Justice EAKIN did not participate in the decision of this matter.

24. Justice EAKIN did not participate in the decision of this matter.

25. Justices EAKIN and DONOHUE did not participate in the decision of this matter.

26. Justices EAKIN and DONOHUE did not participate in the decision of this matter.

27. Justices EAKIN and WECHT did not participate in the decision of this matter.

28. Justice EAKIN did not participate in the decision of this matter.